IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WAYNE THOMAS COLDIRON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2756

Opinion filed October 8, 2014.

An appeal from the Circuit Court for Escambia County.
T. Michael Jones, Judge.

Wayne Thomas Coldiron, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Justin Chapman, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

VAN NORTWICK, RAY, and OSTERHAUS, JJ., CONCUR.